IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Molly K. Davis, | : |
| | : |
| Plaintiff(s). | : |
| | : Case Number: 1:1790 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Janssen Pharmaceuticals, Inc, et al, | : |
| | : |
| Defendant(s). | : |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the Clerk of this Court for reassignment in the Eastern Division in Columbus.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Court