UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL 2750<br>Master Docket No. 3:16-md-2750 |
| Molly K. Davis,<br><br>      Plaintiff,<br><br>  vs.<br><br>Janssen Pharmaceuticals Inc.,<br>Janssen Research & Development LLC,<br>Johnson & Johnson and Janssen Ortho LLC,<br><br>      Defendants. | JUDGE BRIAN R. MARTINOTTI<br><br>JUDGE LOIS H. GOODMAN<br><br><br>Civil Action No.:3:17-cv-01368 |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

COME(S) NOW the Plaintiff, Molly K. Davis, by and through the undersigned attorney, pursuant to Case management Order No.7, and hereby file(s) this notice of voluntary dismissal of the above-styled cause without prejudice as to MITSUBISHI TANABE PHARMA HOLDINGS AMERICA, INC., MITSUBISHI TANABE PHARMA DEVELOPMENT AMERICA, INC., TANABE RESEARCH LABORATORIES U.S.A., INC., and MITSUBISHI TANABE PHARMA CORP.

                                      Respectfully Submitted,

                                       /s/ Holly H. Dolejsi
                                       (pro hac vice)
                                       ROBINS KAPLAN LLP
                                       800 LaSalle Avenue, Suite 2800

Minneapolis, MN 55402

Telephone: (612) 349-8295

Facsimile: (612) 339-4184

Email: hdolejsi@robinskaplan.com
*Attorney for Plaintiff*

**SO ORDERED.**

Date: April 18, 2017

*/s/  Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**United States District Judge**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the District of New Jersey via the CM/ECF system, this 17th day of April, 2017.

Respectfully Submitted,

   /s/ Holly H. Dolejsi
(pro hac vice)
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8295
Facsimile: (612) 339-4184
Email: hdolejsi@robinskaplan.com
*Attorney for Plaintiff*