# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2750<br>Master Docket Case No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

**Molly K. Davis v. Janssen Pharmaceuticals, Inc., et al.,**
**Case No. 3:17-cv-01368**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Molly K. Davis hereby dismisses all claims asserted against Defendants Janssen Pharmaceuticals Inc., Janssen Research and Development LLC, Johnson & Johnson, and Janssen Ortho LLC with prejudice.  Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| By:  *s/ Holly H. Dolejsi*<br>Holly H. Dolejsi, Esq.<br>ROBINS KAPLAN LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>Tel: (612) 349-8295<br>Fax: (612) 339-4184<br>Email: hdolejsi@robinskaplan.com<br><br>*Counsel for Plaintiff*<br><br>Dated: June 7, 2019 | By: *s/ Michael C. Zogby*<br>Michael C. Zogby<br>DRINKER BIDDLE & REATH LLP<br>600 Campus Drive<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Fax:  (973) 360-9831<br>Email: michael.zogby@dbr.com<br><br>*MDL Liaison Counsel for Defendants*<br><br>Dated:  June 7, 2019 |

89819263.1